On petition for review filed March 17, 1997, petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals with instructions January 27, 2000

STEVEN RAY WAGY,
*Petitioner on Review,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent on Review.*

(CA A90587 (Control), A94238; SC S44077)
(Cases Consolidated)

995 P2d 1158

Andy Simrin, Deputy Public Defender, Salem, filed the petition for petitioner on review. With him on the petition was Sally L. Avera, Public Defender.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Durham, and Leeson, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals with instructions to dismiss the petition for judicial review. *See Quintero v. Board of Parole,* 329 Or 319, 986 P2d 575 (1999).

** Fadeley, J., retired January 31, 1998, and did not participate in this decision; Graber, J., resigned March 31, 1998, and did not participate in this decision; Kulongoski and Riggs, JJ., did not participate in the consideration or decision of this case.